

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONANEY POLANCO, as Parent and Natural Guardian of A.D., and ONANEY POLANCO Individually,

        Plaintiffs,

-against-

MEISHA PORTER, in her Official Capacity as the Chancellor of the New York City Department of Education, et al.,

        Defendants.

21-CV-10176 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 20, 2021, counsel for defendants filed a letter-motion requesting a 45-day extension, from December 22, 2021 to February 5, 2022, of defendants' time to respond to the complaint. (Dkt. No. 7.) The Court granted the letter-motion, but advised that no further extensions would be granted "absent compelling circumstances." (Dkt. No. 8.) Defendants have neither appeared nor responded to the complaint. No later than **February 17, 2022**, plaintiffs shall inform the Court whether the parties have extended defendants' time to respond, or whether plaintiffs intend to request a certificate of default. Plaintiffs shall promptly serve this Order on defendants and file proof of such service on the docket.

Dated:  New York, New York
         February 10, 2022

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**