UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONANEY POLANCO, As Parent and Natural Guardian of A.D., and ONANEY POLANCO Individually,

        Plaintiffs,

-against-

MEISHA PORTER, in her Official Capacity as the Chancellor of the New York City Department of Education, et al.,

        Defendants.



21-CV-10176 (AJN) (BCM)

**INITIAL CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Joinder and Amendment</u>. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties filed after the date of this Order will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4).

2. <u>Discovery</u>. No discovery is contemplated in this action.

3. <u>Administrative Record and Summary Judgment</u>. No later than **May 29, 2022**, plaintiffs shall file under seal an electronic copy of the certified administrative record, and the parties shall file a joint pre-motion letter for a conference regarding summary judgment. No later than **June 5, 2022**, plaintiffs' counsel shall deliver a bound hard copy of the certified administrative record to Judge Moses's chambers at 500 Pearl Street, New York, NY 10007. If the parties encounter any difficulties in meeting the aforementioned deadlines, they shall file a joint status letter, no later than **May 22, 2022**, advising the Court of any issues and proposing new deadlines.

4. <u>Conferences and Hearings</u>. All court conferences, hearings, and other proceedings will be held in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, unless the Court orders otherwise. If a proceeding takes place via teleconference, the parties must call **(888) 557-8511** on their scheduled date, a few minutes before their scheduled time, and enter the access code **7746387. Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** If the proceeding takes place via videoconference, chambers will email the appropriate link to counsel in advance of the proceeding.

5. <u>Extensions and Adjournments</u>. Any application for extension or adjournment of the time limits, deadlines or conferences set forth above must be made by letter-motion, in accordance with this Court's Individual Practices, as soon as the need for the extension or adjournment is reasonably apparent to the party making the application. **Applications made after the expiration of the deadline in question may be summarily denied**.

Dated: New York, New York
       April 8, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**