```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
ONANEY POLANCO,
                    Plaintiff,            21-cv-10176 (JGK)

        - against -                       ORDER

MEISHA PORTER, ET AL.,
                    Defendants.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The defendants are directed to submit courtesy copies of all papers filed in connection with the fully briefed motions for summary judgment, ECF No. 25, 31.

**SO ORDERED.**

Dated:   New York, New York
         January 2, 2023

/s/ John G. Koeltl
_____
    **John G. Koeltl
United States District Judge**