**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ONANEY POLANCO,

           Plaintiff,

    -against-

MEISHA PORTER, ET AL.,

           Defendants.
------------------------------------------------------------X

21 **CIVIL** 10176 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 27, 2023, the Court has considered all the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the plaintiff's motion for summary judgment is denied, and the defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      February 28, 2023

                                        **RUBY J. KRAJICK**

                                  _____

                                       **Clerk of Court**

         **BY:**       K. mango

                                    _____

                                       **Deputy Clerk**